IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ROBERTO CIVITA**, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00852-O |
| **PROFUTURE HOLDINGS, LLC (TX)**, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Defendants' Motion to Transfer Venue (ECF No. 16) is **GRANTED**, and this case is **TRANSFERRED** to the Western District of Oklahoma.

**SO ORDERED** this **19th day** of **January, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE